## MEIER v. MEIER, *Appellant.*

Insurance : LIENS : VOLUNTARY PAYMENTS FOR ANOTHER.   Premiums of insurance voluntary paid on the life of another cannot, in the absence of any understanding, be recovered of the beneficiary, and the person so paying has no lien for such payments, upon the proceeds of the insurance collected by him as the agent of such beneficiary.*

*Appeal from St. Louis Court of Appeals.*

AFFIRMED.

*A.   M.   Gardner* for appellant.

*Eber   Peacock* for respondent.

PER CURIAM.—The judgment in this case is hereby affirmed on the ground and for the reasons stated in the opinion of the St. Louis court of appeals, 15 Mo. App. 68.

* This syllabus is taken from 15 Mo. App. 68.